IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | NO. 3-06-MD-1760 |
| ) | JUDGE CAMPBELL |
| This Document Relates To Case Numbers: ) | |
| ) | |
| 3:06-0815 (Frazier) ) | |
| 3:06-0960 (Waller) ) | |
| 3:07-0571 (Preston) ) | |
| 3:06-0518 (Prose) ) | |
| 3:06-1026 (Summers) ) | |
| 3:07-0394 (Grant) ) | |
| 3:07-0567 (Raso) ) | |
| 3:07-0572 (Benabise) ) | |
| 3:07-0239 (Begley) ) | |

ORDER

Pending before the Court is a Joint Motion to Stay Briefing (Docket No. 7032) in the above-captioned cases until the Court rules upon the September 23, 2013 Report and Recommendation of the Magistrate Judge (Docket No. 7011). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE