UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Prose*, 3:06-CV-00518 ) | |

## ORDER

Before the court is an amended motion to substitute Paula Peo for her late sister, Jacqueline Prose, as the plaintiff in this case. (MDL Doc. 7178; Related Case 48) Ms. Peo has filed a copy of an order entered on December 3, 2013 by the Circuit Court of Monroe County in Indiana appointing Ms. Peo as the personal representative her late sister's estate. (MDL Doc. 7188, Ex. A; Related Case 49) The motion to substitute (MDL Doc. 7178; Related Case 48) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 20th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge